ORIGINAL
CIVIL DOCKET CASE #
1:17-CV-01604-BMC

TO THE HONORABLE JUDGE BRIAN M. COGAN

I DOE -72.226.55.88 DO NOT WANT MY INFORMATION TO BE DISCLOSED TO PLAINTIFF (MEZ PRODUCCION, INC REPRESENTED BY BRYAN NEIL DEMATTEO.

IN OTHER WORDS I OBJECT THAT CHAPTER COMMUNICATIONS REVEAL MY PERSONAL INFORMATION TO ANYONE AT LEAST IT IS REQUIRED BY LAW

THANKS FOR TAKING THE TIME TO READING IT AND PLEASE FORGIVE MY HANDWRITING MISTAKES

I HAVE SUBMITTED A CORTESY COPY TO PLAINTIFF, MEZ PRODUCCIONS, INC REPRESENTED BY DEMATTEO LAW, PLLC

ATT. DOE 72.226.55.88 ET AL
04-22-2017



RECEIVED MAY 2 2017 PRO SE OFFICE

SINCERELY
[signature]
04-22-17

AO 88B (Rev. 12/13) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| ME2 Productions, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:17-cv-01604-BMC |
| Doe--72.226.55.88 et al. | ) | |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Time Warner Cable Legal Response Operations Center, Attn: Custodian of Records, 290 Harbor Drive, Stamford, CT 06902, in care of CT Corporation System, 111 Eighth Avenue, 13th Floor, New York, NY 10011

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Documents and/or electronically stored information identifying the name, residential/postal address, and email address of the subscriber asscoiated with the IP Address, Port Number and Hit Date set forth in Record No. 9 of the attached spreadsheet.

| Place: DeMatteo Law, PLLC<br>830 Third Avenue, 5th Floor<br>New York, NY 10022 | Date and Time:<br>04/27/2017 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 03/27/2017

*CLERK OF COURT*

OR _____

_____      _____
*Signature of Clerk or Deputy Clerk*           *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* __Plaintiff__
ME2 Productions, Inc._____, who issues or requests this subpoena, are:

Bryan N. DeMatteo, DeMatteo Law, PLLC, 830 Third Avenue, 5th Floor, New York, NY 10022, bryan@demfirm.com, (866) 645-4169