UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
                                                                           :
ME2 PRODUCTIONS, INC.,                      :      **ORDER**
                                                                           :
                        Plaintiff,              :      17-cv-1604 (BMC)
                                                                            :
                          -against-              :
                                                                             :
DOE-72.226.55.88, et al.,                            :
                                                                             :
                        Defendants.
----------------------------------------------------------- X

       Plaintiff commenced this action for copyright infringement based on the alleged illegal downloading of videos as to which it owns the copyrights. Since it only knows the IP addresses of those who downloaded the video, not their names, it has sued each as "John Doe [IP address]," and has obtained leave to serve subpoenas on the Internet Service Providers to identify defendants' names and identities.

       The Court received a letter from *pro se* defendant Doe 72.226.55.88 requesting that his Internet Service Provider not be permitted to disclose his name and information to plaintiff. Essentially, defendant's letter is a motion to quash the subpoena. It is denied.

       First, it is not at all clear that a defendant has standing to appear anonymously to seek relief from the Court. Defendant could have at least sought permission to disclose his

identity to the Court on an *ex parte* basis.  Indeed, the Court does not even have an address to which it can mail a copy of this Order.  In any event, defendant has failed to identify, nor is the Court aware of, any grounds to quash the subpoena.

**SO ORDERED.**

_____
U.S.D.J.

Dated: Brooklyn, New York
          May 4, 2017